In the Matter of the Application of PATRICK JOSEPH FITZHENRY, Petitioner, for a Certiorari Order against JOHN DORMAN, Fire Commissioner of the City of New York, Respondent.— Motion for reargument denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

In the Matter of MARGARET FLEMING, Respondent, against RAOUL P. FLEMING, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of FRANK J. MANLEY, Appellant, for an Order of Mandamus against GEORGE MCANENY, Comptroller of the City of New York, LOUIS A. VALENTE, as Chairman, etc., and Others, the Persons Aforementioned being Justices of the Supreme Court of the State of New York, First Judicial District, and Constituting the Board of Justices of the Supreme Court, First Judicial District, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of REALTY ASSOCIATES, INC., and BROOKLYN TRUST COMPANY, Appellants, under Section 1077-c of the Civil Practice Act for an Order Directing H. L. F. REALTY Co., INC., Respondent, to Turn over the Surplus of Rents of the Mortgaged Premises, over and above Taxes, Interest and Carrying Charges, Which Premises Are Situate at the Southeast Corner of Brighton Beach Avenue and Coney Island Avenue, Borough of Brooklyn, County of Kings, City and State of New York.— Motion for leave to appeal to the Court of Appeals denied. Present — Young, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

In the Matter of the Application of REALTY ASSOCIATES SECURITIES CORPORATION, Appellant, under Section 1077-c of the Civil Practice Act for an Order Directing H. L. F. REALTY Co., INC., Respondent, to Turn over the Surplus of Rents of the Mortgaged Premises, over and above Taxes, Interest and Carrying Charges, Which Premises Are Situate at the Southeast Corner of Brighton Beach Avenue and Hubbard Street, Borough of Brooklyn, County of Kings, City and State of New York.— Motion for leave to appeal to the Court of Appeals denied. Present — Young, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.